IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAN SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3855 |
| | § | |
| HACIENDA RECORDS AND | § | |
| RECORDING STUDIO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendants have requested a premotion conference to resolve a discovery dispute. That conference is scheduled for tomorrow, **August 3, 2012, at 1:30 p.m.** Counsel should immediately inform Ms. Lisa Eddins, the court's case manager, whether they intend to appear in person or by telephone.

The defendants' reply deadline, currently scheduled for August 3, is reset. The deadline will be rescheduled at tomorrow's conference.

SIGNED on August 2, 2012, at Houston, Texas.

                                                            Lee H. Rosenthal
                                                            United States District Judge