IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAN SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3855 |
| | § | |
| HACIENDA RECORDS AND | § | |
| RECORDING STUDIO, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff has moved for leave to file a surreply, (Docket Entry No. 43), in response to the defendants' reply in support of their motion for summary judgment, (Docket Entry No. 41). The plaintiff's motion is granted. The plaintiff may file a surreply no more than 10 pages long no later than **December 13, 2012**. The defendants may file a responsive brief no more than 10 pages long no later than **December 20, 2012**.

The defendants' reply also contains a motion to strike the plaintiff's response to the motion for summary judgment, (Docket Entry No. 31): "Hacienda objects to the length of Sanchez' Response as being well beyond the 25 page limit set by the court's rules, and requests that the entirety of Plaintiff's Response be stricken." (Docket Entry No. 41, ¶ 5). The motion to strike is denied. Page limits for all future filings, however, will be strictly enforced. Similar failures to observe this court's page limits will result in striking the offending document.

SIGNED on November 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge