IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAN SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3855 |
| | § | |
| HACIENDA RECORDS AND | § | |
| RECORDING STUDIO, INC., *et al.*, | § | |
| | § | |
| defendants. | § | |

## ORDER

Plaintiff Adam Sanchez moved to quash the document subpoena the Hacienda Defendants served on Defendant Leonardo Quiroz. (Docket Entry No. 67). In light of the Hacienda Defendants' statement that they will not pursue the subpoena, (Docket Entry No. 68, at 5), the court denies the motion to quash as moot.

SIGNED on November 13, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge