IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAN SANCHEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-11-3855 |
| | § |
| HACIENDA RECORDS AND | § |
| RECORDING STUDIO, INC., *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

The plaintiff's motion for leave to file a supplemental brief to address recent Supreme Court authority, (Docket Entry No. 87), is granted. The brief is due Monday, June 2, 2014 and may be no longer than three pages. The defendants may respond. Their response is due no later than Monday, June 9, 2014 and may be no longer than three pages.

SIGNED on May 27, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge