IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAN SANCHEZ | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 4:11-cv-03855 |
| | § | |
| HACIENDA RECORDS AND | § | |
| RECORDING STUDIO, INC., | § | |
| HACIENDA RECORDS, L.P., A/K/A | § | |
| HACIENDA RANCHITO AND/OR DISCOS | § | |
| RANCHITO, LATIN AMERICAN | § | |
| ENTERTAINMENT, LLC, ANNIE | § | |
| GARCIA, RICK GARCIA, ROLAND | § | |
| GARCIA, SR., AND LEONARDO QUIROZ | § | |
| D/B/A JEDASA PUBLISHING COMPANY | § | |
| | § | |
|    Defendants. | § | JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND MEMORANDUM AND OPINION (DOC. NO. 104)

Upon considering Plaintiff's, Adan Sanchez, Motion to Alter or Amend the Memorandum and Opinion (Doc. No. 104), and the Response of the Hacienda Defendants, the Court hereby GRANTS the Motion and renders a modified Memorandum and Opinion.

SIGNED on _____, 2014.

_____
U.S. DISTRICT JUDGE